UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PAMELA LYNN CUMMINGS,

    Plaintiff,

    v.                                                          Case No. 20-2371-DDC

AARON OTHMER, et al.,

    Defendants.

## **ORDER**

Plaintiff has filed a motion for leave to amend her complaint to add a party (ECF No. 32). D. Kan. Rule 15.1(a) requires parties "filing a motion to amend" to "set forth a concise statement of the amendment" and "attach the proposed pleading." Plaintiff's motion does not indicate what claims she seeks to bring against the proposed new party or that parties' alleged involvement in the facts underlying this case. In addition, plaintiff has not attached her proposed amended complaint to her motion. Because plaintiff has not complied with Rule 15.1(a), her motion for leave to file an amended complaint is DENIED without prejudice to refiling.

Plaintiff is hereby informed that, within 14 days after she is served with a copy of this order, she may, pursuant to Fed. R. Civ. P. 72 and D. Kan. Rule 72.1.4(a), file written objections to this order by filing a motion requesting that the presiding U.S. district judge review this order. A party must file any objections within the 14-day period if the party wants to have appellate review of this order.

Dated August 5, 2021, at Kansas City, Kansas.

O:\ORDERS\20-2371-DDC-32.DOCX

2

   s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge