UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PAMELA LYNN CUMMINGS,

    Plaintiff,

    v.                                         Case No. 20-2371-DDC

AARON OTHMER, et al.,

    Defendants.

## **ORDER**

On January 8, 2021, the court entered an order staying discovery and pretrial proceedings until the presiding U.S. District Judge, Daniel D. Crabtree, ruled then-pending dispositive motions (ECF No. 17). The order included the requirement that, "[s]hould the case remain pending after Judge Crabtree rules on the motion to dismiss (ECF No. 6) and the motion for default judgment (ECF No. 13), the parties are directed to confer and submit a planning meeting report to the undersigned's chambers within 14 days." On July 8, 2021, Judge Crabtree entered an order denying the dispositive motions (ECF No. 30). Thus, the parties' updated planning meeting report was due July 22, 2021. The parties have not submitted their updated report.

IT IS THEREFORE ORDERED that the parties must confer and submit their updated report to the undersigned's chambers by **August 23, 2021**.

Dated August 5, 2021, at Kansas City, Kansas.

                                                        s/ James P. O'Hara
                                                        James P. O'Hara
                                                        U.S. Magistrate Judge